# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| MURLE GOINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV414-020 |
| | ) | |
| ST. JOSEPH'S/CANDLER HOSPITAL | ) | |
| and NURSE JANE DOE, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

In an order dated February 3, 2014, the Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 3.) The Court warned plaintiff that his failure to return those forms within 30 days would result in the dismissal of his case. (*Id.*) Plaintiff has not complied with the conditions of the Court's order, so his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this *23rd* day of June, 2014.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**