FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA 2014 JUL 21 PM 4: 23
SAVANNAH DIVISION

MURLE GOINS,                        )

        Plaintiff,                  )

v.                                  )         CASE NO. CV414-020

ST. JOSEPH'S/CANDLER HOSPITAL )
and JANE DOE,                       )

        Defendants.                 )
_____)

CLERK_____
        SO. DIST. OF GA.

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 4), to which no objections have been
filed.    Accordingly, the report and recommendation is
**ADOPTED** as the Court's opinion and this case is hereby
**DISMISSED**.   The Clerk of Court is **DIRECTED** to close this
case.

SO ORDERED this 21st day of July 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA